**Robert L. BARNES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 99583.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 8, 2013.

Rosalynn Koch, Columbia, MO, for appellant.

Chris Koster, Attorney General, Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT M. CLAYTON III, C.J., ROY L. RICHTER, J., and KURT S. ODENWALD, J.

*ORDER*

PER CURIAM.

Robert L. Barnes appeals the judgment denying his Rule 29.15 motion for postconviction relief after an evidentiary hearing. We find that the motion court did not clearly err in denying Barnes' request for post-conviction relief. We affirm.